JUDGE SCHEINDLIN

**07 CV 3910**

BLANK ROME, LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY  10174
(212) 885-5000

MAY 18 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AKTIF DENIZCILIK TIC LTD. STI,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN AFRICAN MARITIME (AKA "WAM") and NATA SHIPPING AND CHARTERING (AKA NATA DENIZCILIK VE GEMI KIRALAMA AKA "NATA"),<br><br>Defendants. | 07 Civ.<br><br><br>**F.R. CIV. P. RULE 7.1 STATEMENT** |

Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of that party, securities or other interests in which are publicly held.

Dated: New York, NY
       May 18, 2007

Respectfully submitted,
BLANK ROME, LLP
Attorneys for Plaintiff

By _____
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
New York, NY 10174
Tel.: (212) 885-5000

294478.1
900200.00001/6544693v.1