



Phone: (212) 885-5149
Fax: (917) 332-3720
Email: JHarwood@BlankRome.com

August 30, 2007

**By Mail**

Hon. Shira A. Scheindlin
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: AKTIF DENIZCILIK TIC LTD. STI, v.
WESTERN AFRICAN MARITIME
07 Civ. 3910 (SAS)
Our Ref. No.: 127481-00601

Dear Judge Scheindlin:

We are attorneys for Plaintiff in the captioned Rule B action. An initial pre-trial conference is scheduled for September 19, 2007. To date we have been unsuccessful in garnishing any of Defendant's assets in this District. We respectfully request that the action be transferred to the Court's suspense docket pending the underlying action in the London arbitration.

Respectfully submitted,

Jeremy J.O. Harwood

JJH:rk

*Handwritten note:* Conference adjourned sine die. The Clerk of the Court is directed to place this matter on the suspense docket until further notice. So Ordered. [signature] 9/5/07



Judge Shira A. Scheindlin
August 30, 2007
Page 2

cc: Aktif Deniz Tasimaciligi Turizm IC
Ve Dis Tic. Ltd. Sti
Bayar Caddesi Gulbahar Sokak
Demirkaya AP No: 10/6
Kozyatagi / Erenkoy, Istanbul

Temmar Denizcilik Isletmeciligi San Ve Tic AS
c/o Karaman Law Firm
Cumhuriyet Cad.
6A Pak Apt. D.: 4
Elmadag, Istanbul
Attn: Fatma Kurt

127481.00601/6571927v.1